1
2
3
4
5
6
7
8                        **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

11    IRIS DAGLAS, an Individual,                    CASE NO. 07CV0571-LAB (CAB)

12                              Plaintiff,           **ORDER OF DISMISSAL**

13              vs.

14    LIFE INSURANCE COMPANY OF
      NORTH AMERICA (CIGNA),

15                              Defendant.

16

17          On July 20, 2007, the parties jointly moved to dismiss this action with prejudice, with

18    the parties to bear their own costs and attorney's fees.  As set forth in the parties' consent

19    filed August 3, 2007, the Magistrate Judge shall retain continuing jurisdiction over all

20    disputes arising out of the parties' settlement agreement, including but not limited to

21    interpretation and enforcement of the terms of the settlement agreement.  This action is

22    therefore **DISMISSED WITH PREJUDICE**.

23

24          **IT IS SO ORDERED**.

25    DATED:  August 8, 2007

26                                            _Larry A. Burns_

27                                            **HONORABLE LARRY ALAN BURNS**
                                              United States District Judge
28

                                                                                07CV0571